Copy

In the United States District
for the Western District
of Wisc.

DOC NO
REC'D/FILED
2017 AUG -2 AM 9: 36
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Lowmorreo Antonio Harris, Sr.

vs.

Edward Wall, Amanda Waterman
Charles Devendorf, et al.

## Notice of Appeal

Notice is hereby given that [Lowmorreo Antonio Harris, Sr., plaintiff in the above named case] hereby appeal to the United States Court of Appeals for the 7th Circuit from the final Judgment on June 28, 2017, orders of Court denying recusal (Dkt. 142) motion(s) denying Counsel appointment (Dkt. 143) motion for Recruitment of Counsel (Dkts. 29, 30, 32) Def's Summary Judgment motion Dkt. 59-68)

plaintiff's Summary Judgment motion denial at (Dkt 85.) (Dkt 74) denying counsel. order of leave to proceed (Dkt 16) and order denying leave of the court to Amended Complaint (Dkt 130).

Respectfully Submitted

/s/ Jowmovreo Antonio Harris. OK.

7/24/2017.

Dear Clerk of Courts –

Please forward me a Docket Statement on Case no. 14-CV-00047 at your Earliest convenience.

Thank you for your Attention Concerning this matter.

Lowmorreo Antonio Hayes
7/25/2016

DOC NO
REC'D/FILED
2017 AUG -2 AM 9:36
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Mr. Mario Antonio Harris #244174
a.ka Lowmorreo antonio Harris
Foxlake Corr institution
F.lake, Wisconsin. 53933
MILWAUKEE
WI 532
31 JUL '17
SM 3 9



U.S. POSTAGE >> PITNEY BOWES

ZIP 53933 $ 000.46
02 1W
0001387881 JUL 29 2017

office of the Clerk
United states District Court
120 North Henry Street, room 320
madison, Wisc. 53703

53703-430499