IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LOWMORREO A. HARRIS, SR.,

    Plaintiff,

v.

CHARLES DEVENDORF, et al.

    Defendants.

ORDER

Case No. 14-cv-47-wmc
App. No. 17-2565

    Plaintiff Lowmorreo A. Harris, Sr. was granted leave to proceed *in forma pauperis* on appeal and assessed an initial partial payment appeal filing fee in the amount of $1.55. Now plaintiff has filed a motion and trust fund account statement indicating that he lacks the means to pay the initial partial filing fee.

    The court previously concluded that Harris filed his appeal in good faith for purposes of Federal Rule of Appellate Procedure 24(a)(3), and found that he is not barred from proceeding with this appeal *in forma pauperis* by the three strikes provision of 28 U.S.C. § 1915(g). Accordingly, having considered plaintiff's motion and his supporting documentation, the court will grant plaintiff's request to proceed *in forma pauperis* without prepayment of the initial partial appeal filing fee. Harris is reminded that he is obligated to the $505 appellate docketing fee in monthly installments under 28 U.S.C. § 1915(b)(2).

ORDER

    IT IS ORDERED that plaintiff Lowmorreo A. Harris, Sr.'s request to proceed without prepayment of the $505.00 appeal fee is GRANTED. The clerk of court is directed to ensure that the court's financial records reflect plaintiff's obligation to pay the $$505.00 appellate

filing fee pursuant to 28 U.S.C. § 1915(b)(2).

Entered this 20th day of June, 2018.

                              BY THE COURT:

                              /s/
                              _____
                              WILLIAM M. CONLEY
                              District Judge