# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

Lowmorreo A. Harris, SR.
Plaintiff,

v.

Charles Devendorf, Et Al
Defendant.

"Amended"
NOTICE OF APPEAL

Case No. 14-CV-00047

---

Notice is given that the plaintiff/defendant, Lowmorreo Harris, SR., appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on 5'18'2018 Fed. Civ. R. 59.

Dated and signed this 7'16'2018 day of 2018.

Fox Lake, Wisconsin.

_Lowmorreo A. Harris, SR._
(Signature)

P.O. Box-200
(Street Address)

Fox Lake, Wisconsin 53933
(City, State, Zip)

DOC NO
REC'D/FILED 2018 JUL 23 AM 11:06
PETER OPPENEER
CLERK US DIST COURT
WD OF WI